IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. CHRISTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-2787-T |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On August 13, 2008, Magistrate Judge Tu M. Pham entered an report and recommendation. Judge Pham recommended that this matter be remanded for further proceedings in order for the ALJ to make specific findings relating to Plaintiff's nonexertional limitations. The report and recommendation notified the parties that any objections must be filed within ten days. Neither party has filed any objections.

Consequently, the report and recommendation is hereby ADOPTED in its entirety. The clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

                                                       s/ **James D. Todd**
                                                    JAMES D. TODD
                                                   UNITED STATES DISTRICT JUDGE